# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHARLES YI, | ) | Case No. CV 08-5518-VAP (JTL) |
|---|---|---|
| Petitioner, | ) ) | |
| v | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| JOHN MARSHALL, Warden, | ) ) | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: Aug 6 2009

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE